HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
HUA NI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HUA NI,<br><br>        Defendant. | NO. 2:22-po-00412-DB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  January 24, 2023<br>TIME:  10:00 AM<br>JUDGE:  DEBORAH BARNES |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney HEIKO COPPOLA, Assistant Federal Defender LINDA C. ALLISON attorney for HUA NI, that the Court continue the status conference on January 24, 2023 to February 28 at 10:00 a.m..

    The reason for the continuance is to allow the defendant to attend her father's funeral in China and assist her mother in moving homes.

Dated: January 23, 2023        Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender
                                    */s/ Linda C. Allison*
                                    LINDA C. ALLISON
                                    Assistant Federal Defender
                                    Attorney for HUA NI

1  Date: January 23, 2023                    PHILLIP A. TALBERT
                                             United States Attorney
2
                                             */s/ Heiko Coppola*
3                                            HEIKO COPPOLA
                                             Assistant United States Attorney
4                                            Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for January 24, 2023 be vacated for the reasons stated above and continued to **February 28, 2023 at 10 a.m.**

Dated:  January 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE